IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORCA SECURITY LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 23-0758-GBW |
| | ) | |
| v. | ) | |
| | ) | |
| WIZ, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Frederick L. Cottrell, III of Richards, Layton and Finger, P.A., enters his appearance as counsel on behalf of Defendant Wiz, Inc. Inc. in the above-captioned matter.

/s/ *Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARD, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Defendant Wiz, Inc.*

Dated: July 26, 2023