# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-00758-GBW ) ) |
| WIZ, INC. | ) ) ) |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Christine D. Haynes of Richards, Layton & Finger, P.A. enters her appearance as counsel on behalf of Defendant Wiz, Inc. in this action

>  */s/ Christine D. Haynes*
> Frederick L. Cottrell, III (#2555)
> Kelly E. Farnan (#4395)
> Christine D. Haynes (#4697)
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 N. King Street
> Wilmington, DE 19801
> (302) 658-6541
> cottrell@rlf.com
> farnan@rlf.com
> haynes@rlf.com
>
> *Counsel for Defendant Wiz, Inc.*

Dated:  September 1, 2023