# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WIZ, INC. ) <br> ) <br> Defendant. ) | C.A. No. 23-00758-GBW |

## DEFENDANT'S MOTION TO DISMISS
## CLAIMS OF INDIRECT AND WILLFUL INFRINGEMENT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Wiz, Inc. ("Defendant") moves to dismiss the claims of indirect and willful infringement in the Complaint (D.I. 1) filed by Orca Security Ltd. for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth more fully in Defendant's Opening Brief in Support of Its Motion to Dismiss filed concurrently herewith.

OF COUNSEL:

Jordan R. Jaffe
Catherine Lacy
Callie Davidson
Alex Miller
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

Dated: September 1, 2023

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 658-6541
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Counsel for Defendant Wiz, Inc.*