IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 23-00758-GBW |
| v. ) | |
| ) | |
| WIZ, INC. ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

The Court, having considered Defendant's Motion to Dismiss Claims of Indirect and Willful Infringement (the "Motion"), as well as submissions related thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2023, that the Motion is GRANTED.  Plaintiff Orca Security Ltd.'s claims of indirect and willful infringement against Defendant Wiz, Inc. are dismissed with prejudice.

_____
The Honorable Gregory B. Williams
United States District Judge