IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WIZ, INC., )<br>)<br>Defendant. ) | C.A. No. 23-758 (GBW) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

WHEREAS, Plaintiff Orca Security Ltd. ("Orca") filed a First Amended Complaint on September 15, 2023 (D.I. 13);

WHEREAS, Orca may file a Second Amended Complaint to add claims of infringement of a patent that it anticipates may be issued shortly by the U.S. Patent and Trademark Office – U.S. Patent No. 11,775,326 ("the '326 patent");

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. Assuming the '326 patent has issued by then, Orca may file a Second Amended Complaint adding claims of infringement of the '326 patent on or before October 10, 2023;

2. Any obligation for Defendant Wiz, Inc. ("Wiz") to respond to Orca's First Amended Complaint shall be held in abeyance pending the possible filing of the Second Amended Complaint; and

3. Wiz shall answer, move or otherwise respond to the operative Amended Complaint no later than November 7, 2023.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | RICHARD, LAYTON & FINGER, P.A. |
| /s/ *Rodger D. Smith II* | /s/ *Frederick L. Cottrell, III* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com | Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

September 26, 2023

SO ORDERED, this _____ day of _____ 2023.

_____
The Honorable Gregory B. Williams
United States District Court Judge

2