IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORCA SECURITY LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 23-0758-GBW |
| | ) | |
| v. | ) | |
| | ) | |
| WIZ, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

WHEREAS, on October 10, 2023, Plaintiff Orca Security Ltd. ("Orca") filed its Second Amended Complaint (D.I. 15);

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the time for Defendant Wiz, Inc. to move, answer, or otherwise respond to the Second Amended Complaint (D.I. 15) is extended through and including November 21, 2023.

| | |
|---|---|
| /s/ Rodger D. Smith II | /s/ Frederick L. Cottrell, III |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Rodger D. Smith II (#3778) | Kelly E. Farnan (#4395) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Christine D. Haynes (#4697) |
| 1201 North Market Street | RICHARD, LAYTON & FINGER, P.A. |
| P.O. Box 1347 | One Rodney Square |
| Wilmington, DE 19899 | 920 North King Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@morrisnichols.com | (302) 651-7700 |
| rsmith@morrisnichols.com | cottrell@rlf.com |
| | farnan@rlf.com |
| *Attorneys for Plaintiff Orca Security Ltd.* | haynes@rlf.com |
| | |
| | *Attorneys for Defendant Wiz, Inc.* |

SO ORDERED this _____ day of October, 2023.

_____
The Honorable Gregory B. Williams