**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ORCA SECURITY LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-00758-GBW |
| v. | ) | |
| | ) | |
| WIZ, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS**
**CLAIMS OF INDIRECT AND WILLFUL INFRINGEMENT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Wiz, Inc. ("Defendant") moves to dismiss the claims of indirect and willful infringement in the Second Amended Complaint (D.I. 15) filed by Orca Security Ltd. for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth more fully in Defendant's Opening Brief in Support of Its Motion to Dismiss filed concurrently herewith.

|  |  |
|---|---|
| | /s/ Frederick L. Cottrell, III |
| OF COUNSEL: | Frederick L. Cottrell, III (#2555) |
| | Kelly E. Farnan (#4395) |
| Jordan R. Jaffe | Christine D. Haynes (#4697) |
| Catherine Lacy | RICHARDS, LAYTON & FINGER, P.A. |
| Callie Davidson | One Rodney Square |
| Alex Miller | 920 N. King Street |
| WILSON SONSINI GOODRICH & ROSATI, P.C. | Wilmington, DE 19801 |
| One Market Plaza | (302) 658-6541 |
| Spear Tower, Suite 3300 | cottrell@rlf.com |
| San Francisco, CA 94105 | farnan@rlf.com |
| (415) 947-2000 | haynes@rlf.com |
| | |
| Dated: November 21, 2023 | *Counsel for Defendant Wiz, Inc.* |