IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-00758-GBW ) ) |
| WIZ, INC. | ) ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER**

The Court, having considered Defendant's Motion to Dismiss Claims of Indirect and Willful Infringement (the "Motion"), as well as submissions related thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2023, that the Motion is GRANTED. Plaintiff Orca Security Ltd.'s claims of indirect and willful infringement against Defendant Wiz, Inc. are dismissed with prejudice.

_____
The Honorable Gregory B. Williams
United States District Judge