IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-758 (GBW) |
| | ) |
| WIZ, INC., | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that: (1) the time for Plaintiffs to file their Answering Brief in opposition to Defendant's Motion to Dismiss Claims of Indirect and Willful Infringement (D.I. 17) is extended until December 15, 2023; and (2) the time for Defendant to file its Reply Brief in support of the Motion is extended until January 5, 2024.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | RICHARD, LAYTON & FINGER, P.A. |
| /s/ *Rodger D. Smith II* | /s/ *Kelly E. Farnan* |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Rodger D. Smith II (#3778) | Kelly E. Farnan (#4395) |
| 1201 North Market Street | Christine D. Haynes (#4697) |
| P.O. Box 1347 | One Rodney Square |
| Wilmington, DE 19899-1347 | 920 North King Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@morrisnichols.com | (302) 651-7700 |
| rsmith@morrisnichols.com | cottrell@rlf.com |
| | farnan@rlf.com |
| *Attorneys for Plaintiff* | haynes@rlf.com |
| December 4, 2023 | *Attorneys for Defendant* |

SO ORDERED, this _____ day of _____ 2023.

_____
The Honorable Gregory B. Williams
United States District Court Judge