# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORCA SECURITY LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 23-0758-GBW |
| | ) | |
| v. | ) | |
| | ) | |
| WIZ, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jordan R. Jaffe, Catherine Lacey, Callie Davidson and Alex Miller to represent the Defendant, Wiz, Inc. in this matter.

.

/s/ *Christine D. Haynes*
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARD, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Defendant Wiz, Inc.*

Dated:  December 8, 2023

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jordan R. Jaffe, Catherine Lacey, Callie Davidson and Alex Miller is GRANTED.

Dated: _____    _____
                                                                UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 6, 2023

Jordan R. Jaffe
WILSON SONSINI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105-1126
(415) 947-2171
jjaffe@wsgr.com

Case 1:23-cv-00758-GBW   Document 20   Filed 12/08/23   Page 4 of 6 PageID #: 1136

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Catherine Lacey
Catherine Lacey
WILSON SONSINI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
(415) 947-2105
clacey@wsgr.com

Dated: December 7, 2023

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 6, 2023

*Callie Davidson*
Callie Davidson
WILSON SONSINI
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2048
(323) 210-2992
cdavidson@wsgr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

/s/Alexander Miller
Alex Miller
WILSON SONSINI
650 Page Mill Road
Palo Alto, CA  94304-1050
(650) 849-3326
alex.miller@wsgr.com

Dated:  December 4, 2023