IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-758 (JLH) |
| | ) |
| WIZ, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Orca Security Ltd.'s First Set of Requests for the Production of Documents and Things to Wiz, Inc. (Nos. 1-83)*; and (2) *Orca Security Ltd.'s First Set of Interrogatories to Wiz, Inc. (Nos. 1-16)*, were caused to be served on February 21, 2024, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                                                                 *VIA ELECTRONIC MAIL*
Kelly E. Farnan, Esquire
Christine D. Haynes, Esquire
RICHARD, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendant*

|  |  |
|---|---|
| OF COUNSEL:<br><br>Douglas E. Lumish<br>Lucas Lonergan<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA  94025<br>(650) 328-4600<br><br>Blake R. Davis<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>(415) 391-0600<br><br>Kristina D. McKenna<br>LATHAM & WATKINS LLP<br>200 Clarendon Street<br>Boston, MA  02116<br>(617) 948-6000<br><br>February 21, 2024 | MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br><br>*/s/ Rodger D. Smith II*<br><br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br><br>*Attorneys for Plaintiff Orca Security Ltd.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 21, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Kelly E. Farnan, Esquire<br>Christine D. Haynes, Esquire<br>RICHARD, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Jordan R. Jaffe, Esquire<br>Catherine Lacey, Esquire<br>Callie Davidson, Esquire<br>Alex Miller, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)