IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-758 (JLH) |
| | ) |
| WIZ, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF IPR/PGR EVENT: PETITIONS FOR *INTER PARTES* REVIEW FILED FOR U.S. PATENT NOS. 11,663,031, 11,663,032, AND 11,693,685**

Pursuant to paragraph 9 of the Scheduling Order (D.I. 33), Plaintiff Orca Security Ltd. ("Orca" or "Plaintiff") hereby provides the Court Notice of IPR Events, specifically, Defendant Wiz, Inc.'s ("Wiz" or "Defendant") petitions for *inter partes* review of U.S. Patent Nos. 11,663,031, 11,663,032, and 11,693,685.

A.  **Patents-in-Suit**

Orca commenced this litigation on July 12, 2023.  D.I. 1.  In the operative Second Amended Complaint filed October 10, 2023, Orca alleges that Wiz infringes six patents:  U.S. Patent Nos. 11,663,031, 11,663,032, 11,693,685, 11,726,809, 11,740,926, and 11,775,326 (collectively, the "Asserted Patents").  D.I. 15.

B.  **Action Taken**

On May 24, 2024, Wiz filed petitions for *inter partes* review ("IPR") with the Patent Trial and Appeals Board against three of the six Asserted Patents:  U.S. Patent Nos. 11,663,031, 11,663,032, and 11,693,685.  *See* IPR2024-00863 at Paper 2; IPR2024-00864 at Paper 2; IPR2024-00865 at Paper 2.  Wiz's IPR petitions challenge all claims of the '031, '032,

and '685 patents.  The PTAB issued a notice of filing date for each IPR on June 13, 2024, and institution decisions are expected by December 13, 2024.

   C. **Status of All Other Pending IPRs/PGRs**

Orca is not aware of any other pending IPRs or PGRs for the Asserted Patents.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Rodger D. Smith II*

OF COUNSEL:

Douglas E. Lumish
Lucas Lonergan
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

Blake R. Davis
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 391-0600

Kristina D. McKenna
Christopher Henry
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA  02116
(617) 948-6000

June 13, 2024

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff Orca Security Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 13, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Kelly E. Farnan, Esquire<br>Christine D. Haynes, Esquire<br>RICHARD, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Jordan R. Jaffe, Esquire<br>Catherine Lacey, Esquire<br>Callie Davidson, Esquire<br>Alex Miller, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Praatika Prasad, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY  10019-6022<br>(212) 999-5800<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)