**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ORCA SECURITY LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 23-0758-JLH |
| | ) | |
| v. | ) | |
| | ) | |
| WIZ, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Lisa D. Zang to represent the Defendant, Wiz, Inc. in this matter.

/s/ *Christine D. Haynes*
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARD, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

Dated: June 17, 2024

*Attorneys for Defendant Wiz, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Lisa D. Zang is GRANTED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order regarding Attorney Registration and Pro Hac Vice fees effective January 1, 2024, I further certify that the fee of $50 has been paid to the Clerk of Court upon the filing of this motion.

                                                        */s/ Lisa D. Zang*
                                                        Lisa D. Zang
                                                        WILSON SONSINI
                                                        1900 Avenue of the Stars
                                                        28th Floor
                                                        Los Angeles, CA 90067
                                                        (424) 446-6900
                                                        lzang@wsgr.com

Dated:  June 14, 2024