IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-758 (JLH) |
| | ) |
| WIZ, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies *Orca Security Ltd.'s Sixth Supplemental Responses and Objections to Defendant Wiz Inc.'s First Set of Interrogatories (Nos. 1-13)*, were caused to be served on July 12, 2024, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                         *VIA ELECTRONIC MAIL*
Kelly E. Farnan, Esquire
Christine D. Haynes, Esquire
RICHARD, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendant*

Jordan R. Jaffe, Esquire                                     *VIA ELECTRONIC MAIL*
Catherine Lacy, Esquire
Callie Davidson, Esquire
Alex Miller, Esquire
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA  94105
*Attorneys for Defendant*

Praatika Prasad, Esquire  
WILSON SONSINI GOODRICH & ROSATI, P.C.  
1301 Avenue of the Americas, 40th Floor  
New York, NY  10019-6022  
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Lisa D. Zang, Esquire  
WILSON SONSINI GOODRICH & ROSATI, P.C.  
1900 Avenue of the Stars, 28th Floor  
Los Angeles, CA  90067  
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Rodger D. Smith II*

_____

OF COUNSEL:

Douglas E. Lumish  
Lucas Lonergan  
LATHAM & WATKINS LLP  
140 Scott Drive  
Menlo Park, CA  94025  
(650) 328-4600

Jack B. Blumenfeld (#1014)  
Rodger D. Smith II (#3778)  
Cameron P. Clark (#6647)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899-1347  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
rsmith@morrisnichols.com  
cclark@morrisnichols.com

Blake R. Davis  
Peter Hoffman  
LATHAM & WATKINS LLP  
505 Montgomery Street, Suite 2000  
San Francisco, CA  94111  
(415) 391-0600

*Attorneys for Plaintiff Orca Security Ltd.*

Kristina D. McKenna  
Christopher Henry  
LATHAM & WATKINS LLP  
200 Clarendon Street  
Boston, MA  02116  
(617) 948-6000

Ryan Thomas Banks  
LATHAM & WATKINS LLP  
650 Town Center Drive, 20th Floor  
Costa Mesa, CA  92626  
(714) 540-1235

Nicole Elena Bruner
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
(202) 637-2200

July 9, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 12, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Kelly E. Farnan, Esquire<br>Christine D. Haynes, Esquire<br>RICHARD, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Jordan R. Jaffe, Esquire<br>Catherine Lacey, Esquire<br>Callie Davidson, Esquire<br>Alex Miller, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Praatika Prasad, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY  10019-6022<br>(212) 999-5800<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)