IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ORCA SECURITY LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-758 (JLH) |
| | ) | |
| WIZ, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND PROPOSED ORDER

WHEREAS, Plaintiff Orca Security Ltd. ("Orca") and Defendant Wiz, Inc. ("Wiz;" collectively, the "Parties") have served Priority Electronic Correspondence production requests ("Priority Requests") on each other as well as corresponding objections and hit counts pursuant to the Stipulation and Order Regarding Discovery of Electronically Stored Information (D.I. 71; the "ESI Order");

WHEREAS, the Parties have continued meeting and conferring regarding the Priority Requests;

WHEREAS, the current deadline to submit disputes regarding the Priority Requests is Tuesday, July 16;

WHEREAS, the Parties believe continuing their meet and confer efforts is likely to result in narrowing of their disputes;

WHEREAS, extending deadlines relating to Electronic Correspondence production requests will not affect the time for any Court hearing, conference, or trial;

IT IS HEREBY STIPULATED by the Parties, subject to the approval of the Court, that the following dates in the ESI Order (D.I. 71), shall be amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Deadline to submit Priority Request disputes | July 16, 2024 | July 19, 2024 |
| Deadline to substantially complete production in response to Priority Requests | August 27, 2024 | August 30, 2024 |
| Deadline for objections to remaining Electronic Correspondence requests | The later of September 10, 2024 or within 21 days of receipt | The later of September 13, 2024 or within 21 days of receipt |

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

/s/ Rodger D. Smith II
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

*Attorneys for Plaintiff*

July 9, 2024

RICHARD, LAYTON & FINGER, P.A.

/s/ Christine D. Haynes
_____
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Defendant*

SO ORDERED, this _____ day of July 2024.

_____
The Honorable Jennifer L. Hall
United States District Court Judge