# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WIZ, INC. ) <br> ) <br> Defendant. ) | C.A. No. 23-758-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 18, 2024, true and correct copies of (1) Defendant's Responses and Objections to Plaintiff's Fourth Set of Requests (Nos. 115-197) for the Production of Documents and Things and (2) Wiz, Inc.'s Responses to Orca Security Ltd's Second Set of Interrogatories (Nos. 17-22) were caused to be served on the following counsel as indicated:

**BY E-MAIL**
Jack B. Blumenfeld
Rodger D. Smith
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801

**BY E-MAIL**
Douglas E. Lumish
Lucas Lonergan
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

**BY E-MAIL**
Blake R. Davis
Peter Hoffman
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**BY E-MAIL**
Kristina D. McKenna
Christopher Henry
Latham & Watkins LLP
200 Clarendon Street
Boston, MA 02116

**BY E-MAIL**
Ryan Thomas Banks
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

**BY E-MAIL**
Nicole Elena Bruner
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

| | |
|---|---|
| OF COUNSEL:<br><br>Jordan R. Jaffe<br>Lisa Zang<br>Catherine Lacy<br>Callie Davidson<br>Alex Miller<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>(415) 947-2000<br><br>Praatika Prasad<br>Wilson Sonsini<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>(212) 999-5800<br><br>Dated: July 19, 2024 | /s/ Christine D. Haynes<br>Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Counsel for Defendant Wiz, Inc.* |