IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-758 (JLH) |
| | ) |
| WIZ, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF IPR/PGR EVENT:**
**PETITION FOR *INTER PARTES* REVIEW FILED FOR U.S. PATENT NO. 11,726,809**

Pursuant to paragraph 9 of the Scheduling Order (D.I. 33, 90), Plaintiff Orca Security Ltd. ("Orca") hereby provides Notice of IPR Event, specifically, Defendant Wiz, Inc.'s ("Wiz") petition for *inter partes* review of U.S. Patent No. 11,726,809.

**A.    Patents-in-Suit**

Orca commenced this litigation on July 12, 2023.  D.I. 1.  In the operative Second Amended Complaint filed October 10, 2023, Orca alleges that Wiz infringes six patents:  U.S. Patent Nos. 11,663,031, 11,663,032, 11,693,685, 11,726,809, 11,740,926, and 11,775,326 (collectively, the "Asserted Patents").  D.I. 15.  On May 24, 2024, Wiz filed petitions for *inter partes* review ("IPR") with the Patent Trial and Appeals Board against three of the six Asserted Patents:  the '031, '032, and '685 patents.

**B.    Action Taken**

On July 1, 2024, Wiz filed an IPR petition challenging all claims of a fourth Asserted Patent:  the '809 patent.  *See* IPR2024-01109 at Paper 2.  On July 18, 2024, the PTAB issued a notice of filing date of July 1, 2024.  An institution decision is expected by January 1, 2025.

C.  **Status of All Other Pending IPRs/PGRs**

Orca's Preliminary Patent Owner Response for the three IPR proceedings challenging the '031, '032, and '685 patents is due on September 13, 2024. An institution decision for those IPRs is expected by December 13, 2024.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| OF COUNSEL: | */s/ Rodger D. Smith II* |
|  | _____ |
| Douglas E. Lumish | Jack B. Blumenfeld (#1014) |
| Lucas Lonergan | Rodger D. Smith II (#3778) |
| LATHAM & WATKINS LLP | Cameron P. Clark (#6647) |
| 140 Scott Drive | 1201 North Market Street |
| Menlo Park, CA  94025 | P.O. Box 1347 |
| (650) 328-4600 | Wilmington, DE  19899-1347 |
|  | (302) 658-9200 |
| Blake R. Davis | jblumenfeld@morrisnichols.com |
| Peter Hoffman | rsmith@morrisnichols.com |
| LATHAM & WATKINS LLP | cclark@morrisnichols.com |
| 505 Montgomery Street, Suite 2000 |  |
| San Francisco, CA  94111 | *Attorneys for Plaintiff Orca Security Ltd.* |
| (415) 391-0600 |  |

Kristina D. McKenna
Christopher Henry
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA  02116
(617) 948-6000

Ryan Thomas Banks
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
(714) 540-1235

Nicole Elena Bruner
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
(202) 637-2200

July 25, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 25, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Kelly E. Farnan, Esquire<br>Christine D. Haynes, Esquire<br>RICHARD, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Jordan R. Jaffe, Esquire<br>Catherine Lacey, Esquire<br>Callie Davidson, Esquire<br>Alex Miller, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Praatika Prasad, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY  10019-6022<br>(212) 999-5800<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)