IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-758 (JLH) |
| | ) |
| WIZ, INC., | ) |
| | ) |
| Defendant. | ) |

**ORCA SECURITY LTD.'S MOTION TO DISMISS WIZ, INC.'S COUNTERCLAIM
COUNT IV UNDER FED. R. CIV. P. 12(b)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim-Defendant Orca Security Ltd. ("Orca") moves to dismiss Defendant and Counterclaim-Plaintiff Wiz, Inc's ("Wiz") Couterclaim Count IV for failure to state a claim upon which relief may be granted because U.S. Patent No. 12,001,549 fails to recite patent-eligible subject matter under 35 U.S.C. § 101.

The grounds for this motion are set forth in Orca's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

OF COUNSEL:

Douglas E. Lumish
Lucas Lonergan
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

Blake R. Davis
Peter Hoffman
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 391-0600

/s/ Rodger D. Smith II

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff Orca Security Ltd.*

Kristina D. McKenna
Christopher Henry
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA  02116
(617) 948-6000

Ryan Thomas Banks
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
(714) 540-1235

Nicole Elena Bruner
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
(202) 637-2200

July 25, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-758 (JLH) |
| | ) |
| WIZ, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>PROPOSED ORDER</u>**

Having considered Plaintiff and Counterclaim-Defendant Orca Security Ltd.'s Motion to Dismiss Defendant and Counterclaim-Plaintiff Wiz, Inc.'s Counterclaim Count IV Under Fed. R. Civ. P. 12(b)(6) (the "Motion") and any opposition thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2024, that the Motion is GRANTED, and Defendant and Counterclaim-Plaintiff's Counterclaim Count IV is dismissed with prejudice.

_____
Hon. Jennifer Hall
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 25, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Kelly E. Farnan, Esquire<br>Christine D. Haynes, Esquire<br>RICHARD, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Jordan R. Jaffe, Esquire<br>Catherine Lacey, Esquire<br>Callie Davidson, Esquire<br>Alex Miller, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Praatika Prasad, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY  10019-6022<br>(212) 999-5800<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

_____

Rodger D. Smith II (#3778)