### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., ) <br> ) <br> Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> WIZ, INC., ) <br> ) <br> Defendant/Counter-Plaintiff. ) | C.A. No. 23-758-JLH |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 29, 2024, true and correct copies of Initial Infringement Contention Claim Charts of Counterclaim-Plaintiff Wiz, Inc. Directed to Counterclaim-Defendant Orca Security Ltd. were caused to be served on the following counsel as indicated:

**BY E-MAIL**
Jack B. Blumenfeld
Rodger D. Smith
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801

**BY E-MAIL**
Douglas E. Lumish
Lucas Lonergan
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

**BY E-MAIL**
Blake R. Davis
Peter Hoffman
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**BY E-MAIL**
Kristina D. McKenna
Christopher Henry
Latham & Watkins LLP
200 Clarendon Street
Boston, MA 02116

**BY E-MAIL**
Ryan Thomas Banks
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

**BY E-MAIL**
Nicole Elena Bruner
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

|  |  |
|---|---|
| OF COUNSEL: | */s/ Christine D. Haynes*<br>Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697) |
| Jordan R. Jaffe<br>Lisa Zang<br>Catherine Lacy<br>Callie Davidson<br>Alex Miller<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>(415) 947-2000 | RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Counsel for Defendant Wiz, Inc.* |

Praatika Prasad
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY  10019-6022
(212) 999-5800

Dated: August 2, 2024