IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
|    v. | )   C.A. No. 23-758 (JLH) |
| | ) |
| WIZ, INC., | ) |
| | ) |
|         Defendant. | ) |

**NOTICE OF IPR/PGR EVENTS: PETITIONS FOR *INTER PARTES* REVIEW FILED FOR U.S. PATENT NOS. 11,740,926 and 11,775,326**

Pursuant to paragraph 9 of the Scheduling Order (D.I. 33, 90), Plaintiff Orca Security Ltd. ("Orca" or "Plaintiff") hereby provides the Court Notice of IPR Events, specifically, Defendant Wiz, Inc.'s ("Wiz" or "Defendant") petitions for *inter partes* review of U.S. Patent Nos. 11,740,926 and 11,775,326.

### A. Patents-in-Suit

Orca commenced this litigation on July 12, 2023. D.I. 1. In the operative Second Amended Complaint filed October 10, 2023, Orca alleges that Wiz infringes six patents, U.S. Patent Nos. 11,663,031, 11,663,032, 11,693,685, 11,726,809, 11,740,926, and 11,775,326 (collectively, the "Asserted Patents"). D.I. 15. On May 24, 2024, Wiz filed petitions for *inter partes* review ("IPR") with the Patent Trial and Appeals Board against the '031, '032, and '685 patents. On July 1, 2024, Wiz filed an IPR petition against the '809 patent.

### B. Action Taken

On July 31, 2024 and August 7, 2024, respectively, Wiz filed IPR petitions challenging all claims of the '926 and '326 patents. *See* IPR2024-01190 at Paper 2 ('926 patent); IPR2024-01191 at Paper 2 ('326 patent). On August 15, 2024, the PTAB issued a notice of filing

date of July 31, 2024 for the IPR challenging the '926 patent. On August 19, 2024, the PTAB issued a notice of filing date of August 7, 2024 for the IPR challenging the '326 patent. Institution decisions are expected by January 31, 2025 ('926 patent) and February 7, 2025 ('326 patent).

### C. Status of All Other Pending IPRs/PGRs

The IPR proceedings for the '031, '032, '685, and '809 patents are pending and have not been instituted. An institution decision for the IPR proceedings challenging the '031, '032, and '685 patents is expected by December 13, 2024. An institution decision for the IPR proceeding challenging the '809 patent is expected by January 1, 2025.

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff Orca Security Ltd.*

OF COUNSEL:

Douglas E. Lumish
Lucas Lonergan
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

Blake R. Davis
Peter Hoffman
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 391-0600

Kristina D. McKenna
Christopher Henry
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA  02116
(617) 948-6000

Ryan Thomas Banks
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
(714) 540-1235

Gabriel K. Bell
Nicole Elena Bruner
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
(202) 637-2200

August 23, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 23, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Kelly E. Farnan, Esquire<br>Christine D. Haynes, Esquire<br>RICHARD, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Jordan R. Jaffe, Esquire<br>Catherine Lacey, Esquire<br>Callie Davidson, Esquire<br>Alex Miller, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Praatika Prasad, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY  10019-6022<br>(212) 999-5800<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)