# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | C.A. No. 23-758-JLH |
| v. ) | |
| ) | |
| WIZ, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 27, 2024, true and correct copies of Wiz, Inc.'s Supplemental Responses to Orca Security Ltd.'s First Set of Interrogatories (No. 15) were caused to be served on the following counsel as indicated:

**BY E-MAIL**
Jack B. Blumenfeld
Rodger D. Smith
Cameron P. Clark
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

**BY E-MAIL**
Douglas E. Lumish
Lucas Lonergan
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

**BY E-MAIL**
Blake R. Davis
Peter Hoffman
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**BY E-MAIL**
Kristina D. McKenna
Christopher Henry
Latham & Watkins LLP
200 Clarendon Street
Boston, MA 02116

**BY E-MAIL**
Ryan Thomas Banks
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

**BY E-MAIL**
Nicole Elena Bruner
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

|  |  |
|---|---|
| OF COUNSEL:<br><br>Jordan R. Jaffe<br>Lisa Zang<br>Catherine Lacy<br>Callie Davidson<br>Alex Miller<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>(415) 947-2000<br><br>Praatika Prasad<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY  10019-6022<br>(212) 999-5800<br><br>Dated: August 27, 2024 | /s/ Christine D. Haynes<br>Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Counsel for Defendant Wiz, Inc.* |