# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-758-JLH |
| v. | ) |
| | ) |
| WIZ, INC. | ) |
| Defendant. | ) |

## NOTICE OF SUBPOENA AND WITHDRAWAL OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45, Defendant Wiz, Inc., by and through its undersigned counsel, intends to serve upon Check Point Software Technologies Ltd. the subpoena attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that the subpoena to Check Point Software Technologies Inc. (D.I. 96) is hereby WITHDRAWN.

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 658-6541
cottrell@rlf.com
farnan@rlf.com
haynes@rlf.com

*Counsel for Defendant Wiz, Inc.*

Dated: October 8, 2024