Case 1:23-cv-00758-JLH-SRF    Document 181    Filed 10/22/24    Page 1 of 1 PageID #:
Case 1:23-cv-00758-JLH-SRF    Document 178-1 *SEALED*    Filed 10/17/24    Page 1 of
1 PageID #: 4525

## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

ORCA SECURITY LTD.,             )
                                            )
                                            )
    Plaintiff and Counter-Defendant      )    C.A. No. 23-758-JLH-SRF
                                            )
    v.                                       )
                                            )
WIZ, INC.,                                 )
                                            )
    Defendant and Counter-Plaintiff.      )

## [PROPOSED] ORDER

This 22ⁿᵈ day of October , 2024, the Court having considered Defendant and

Counter-Plaintiff Wiz, Inc.'s ("Wiz") Motion for Redaction of the Court's October 10, 2024

Memorandum Order (the "Motion") (D.I. 169), and finding good cause to redact IT IS HEREBY ORDERED that: commercially sensitive material,

1. Wiz's Motion is GRANTED; and

2. The Clerk of the Court shall docket the redacted version of the Memorandum Order

attached to the Motion as Exhibit B. All unredacted versions shall remain sealed.

_____
The Honorable Sherry R. Fallon
United States Magistrate Judge