IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., | ) |
| | ) |
| Plaintiff and Counter-Defendant | ) C.A. No. 23-758-JLH-SRF |
| v. | ) **REDACTED PUBLIC VERSION** |
| WIZ, INC., | ) |
| Defendant and Counter-Plaintiff. | ) |

**MOTION FOR REDACTION OF MEMORANDUM ORDER**

Pursuant to the Court's Memorandum Order (D.I. 169), Wiz, Inc. ("Wiz") respectfully moves to redact 29 words of the Memorandum Order. Orca Security Ltd. ("Orca") has stated that Orca takes no position on this motion.

Although there is a presumptive right of public access to judicial proceedings (*In re Avandia Mktg., Sales Practices & Prods. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019)), that right is not absolute. *Id*. A party seeking to seal part of the judicial record bears the burden of showing "that the material is the kind of information that courts will protect and that disclosure will work a clearly defined and serious injury to the party seeking closure." *Id.* (citation omitted).

Good cause must be demonstrated to justify redacting an order. *Mosaid Techs. Inc. v. LSI Corp.*, 878 F. Supp. 2d 503, 507 (D. Del. 2012). In determining whether good cause exists, "courts weigh the harm of disclosing information against the importance of disclosure to the public." *Id.* at 508 (*citing Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 787 (3d Cir. 1994)). Courts have found good cause to redact "business information that might harm a litigant's competitive standing." *Littlejohn v. BIC Corp.*, 851 F.2d 673, 678 (3d Cir. 1988). "[I]f a case involves private

1

litigants, and concerns matters of little legitimate public interest, that should be a factor weighing in favor of granting or maintaining an order of confidentiality." *Pansy*, 23 F.3d at 788.

Consistent with those standards, Wiz respectfully requests that the Court approve the limited redactions reflected in Exhibits A and B. Exhibit A contains as highlighted the information Wiz proposes to be redacted, and Exhibit B is the proposed redacted version that Wiz proposes to be filed on the docket. Wiz only seeks to redact 29 words in the Court's 10-page Memorandum Order.

Wiz proposes that references to the ▮▮▮▮▮ Declaration of Nir Dagan ("Dagan Decl."), ¶ 2; D.I. 155-10 at ¶¶ 3, 16; see also D.I. 157 at 2-3. ▮▮▮▮▮ Dagan Decl., ¶ 3; D.I. 155-10, ¶ 12. Wiz therefore requests that ▮▮▮▮▮ be redacted from the Memorandum Order, as reflected in Exhibits A and B. *See* D.I. 157 at 2-3.



Additionally, Wiz's proposed redactions are very narrowly tailored and consist of only references ▮▮▮▮▮ Dagan Decl., ¶ 2.

Finally, the public has little legitimate interest in this particularly confidential Wiz information, but the potential harm to Wiz, if the information is disclosed, is severe. Dagan Decl., ¶¶ 2, 3. Wiz therefore has shown good cause for the limited redactions.

For the foregoing reasons, Wiz respectfully requests that the Court grant this motion and direct the Clerk of the Court to docket the redacted version of the Order attached hereto as Exhibit B.

Counsel for the parties met and conferred and Orca's counsel stated that it takes no position on this motion.

|  |  |
|---|---|
| OF COUNSEL: | */s/ Christine D. Haynes*<br>Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395) |
| Jordan R. Jaffe<br>Catherine Lacy<br>Alex Miller<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>(415) 947-2000 | Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com |
| Lisa D. Zang<br>Callie Davidson<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>1900 Avenue of the Stars, 28th Floor<br>Los Angeles, CA 90067<br>(424) 466-6900 | *Attorneys for Defendant and Counter-Plaintiff Wiz, Inc* |

Praatika Prasad
WILSON SONSINI GOODRICH &
ROSATI P.C.
1301 Ave. of the Americas, 40th Fl.
New York, NY 10019
(212) 453-2803

Dated: October 17, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, true and correct copies of the foregoing document were served, via e-mail, on the following:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

**VIA EMAIL**

Douglas E. Lumish
Lucas Lonergan
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

Blake R. Davis
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Kristina D. McKenna
Latham & Watkins LLP
200 Clarendon Street
Boston, MA 02116

*/s/ Christine D. Haynes*
Christine D. Haynes (#4697)
haynes@rlf.com