# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ORCA SECURITY LTD., | ) | |
| | ) | |
| | ) | |
| Plaintiff and Counter-Defendant | ) | C.A. No. 23-758-JLH-SRF |
| | ) | |
| v. | ) | **REDACTED PUBLIC VERSION** |
| | ) | |
| WIZ, INC., | ) | |
| | ) | |
| Defendant and Counter-Plaintiff. | ) | |

**CONFIDENTIAL DECLARATION OF NIR DAGAN IN SUPPORT OF WIZ INC.'S MOTION FOR REDACTION OF MEMORANDUM ORDER**

# DECLARATION OF NIR DAGAN IN SUPPORT OF WIZ INC.'S
# MOTION FOR REDACTION OF MEMORANDUM ORDER

I, Nir Dagan, declare as follows:

1.  I am General Counsel for Wiz Inc. ("Wiz"). I submit this declaration in support of Wiz's Motion for Redaction of Memorandum Order. This declaration is based on my personal knowledge.

2.  Wiz proposes that references to the ▮▮▮▮▮ ▮▮▮▮▮ be redacted from the Memorandum Order pursuant to Wiz's legal obligations under ▮▮▮▮▮ ▮▮▮▮▮ *See* D.I. 155-10 at ¶¶ 3, 16; *see also* D.I. 157 at 2-3.

3.  Discussions between ▮▮▮ and Wiz are highly commercially sensitive, and public disclosure of information ▮▮▮▮▮ ▮▮▮▮▮. D.I. 155-10 at ¶ 12.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of October, 2024 in Tel Aviv, Israel.

By: *Nir Dagan*
DocuSigned by:
F8BBF369D1FF46A...

Nir Dagan

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, true and correct copies of the foregoing document were served, via e-mail, on the following:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19801

**VIA EMAIL**

Douglas E. Lumish
Lucas Lonergan
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

Blake R. Davis
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Kristina D. McKenna
Latham & Watkins LLP
200 Clarendon Street
Boston, MA 02116

*/s/ Christine D. Haynes*
Christine D. Haynes (#4697)
haynes@rlf.com