# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Cameron P. Clark
(302) 351-9187
(302) 425-3012 FAX
cclark@morrisnichols.com

November 22, 2024

The Honorable Jennifer L. Hall                          *VIA ELECTRONIC FILING*
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Orca Security Ltd. v. Wiz, Inc.*,
      C.A. No. 23-0758 (JLH)

Dear Judge Hall:

Pursuant to the Court's Scheduling Order (D.I. 33, as amended by D.I. 90) in this matter, the parties submit this joint letter regarding the December 27, 2024 Hearing on Claim Construction. The parties respectfully request that the Court allocate three hours for the hearing, to be divided evenly between the parties. The parties are not requesting leave to present live testimony at the hearing.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ Cameron P. Clark*

Cameron P. Clark (#6647)

cc:   Clerk of Court (via hand delivery)
      All Counsel of Record (via electronic mail)