IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD.,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>    v.<br><br>WIZ, INC.,<br><br>    Defendant and<br>    Counterclaim-Plaintiff. | C.A. No. 23-758 (JLH) (SRF) |

**NOTICE OF IPR/PGR EVENT: INSTITUTION DECISIONS IN *INTER PARTES* REVIEWS OF U.S. PATENT NOS. 11,663,031, 11,663,032, AND 11,693,685**

Pursuant to paragraph 19 of the Scheduling Order (D.I. 33), Plaintiff Orca Security Ltd. ("Orca" or "Plaintiff") hereby provides the Court Notice of IPR Events, specifically, institution decisions in the *inter partes* reviews of U.S. Patent Nos. 11,663,031, 11,663,032, and 11,693,685.

**A. Patents-in-Suit**

Orca commenced this litigation on July 12, 2023. D.I. 1. In the operative Second Amended Complaint filed October 10, 2023, Orca alleges that Wiz infringes six patents, U.S. Patent Nos. 11,663,031, 11,663,032, 11,693,685, 11,726,809, 11,740,926, and 11,775,326 (collectively, the "Asserted Patents"). D.I. 15. Wiz filed petitions for *inter partes* review ("IPR") with the Patent Trial and Appeal Board ("PTAB") against the '031, '032, and '685 patents on May 24, 2024; against the '809 patent on July 1, 2024; against the '926 patent on July 31, 2024; and against the '326 patent on August 7, 2024.

### B. Action Taken

On December 9, 2024, the PTAB instituted review of the '031, '032, and '685 patents. *See* IPR2024-00863 at Paper 8; IPR2024-00864 at Paper 8; IPR2024-00865 at Paper 8. Final Written Decisions are expected by December 9, 2025.

### C. Status of All Other Pending IPRs/PGRs

The IPR proceedings for the '809, '926, and '326 patents are pending and have not been instituted. An institution decision for the proceeding challenging the '809 patent is expected by January 1, 2025; for the '926 patent by January 31, 2025; and for the '326 patent by February 7, 2025.

OF COUNSEL:

Douglas E. Lumish
Lucas Lonergan
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Blake R. Davis
Peter Hoffman
LATHAM & WATKINS LLP
505 Montgomery Street,
Suite 2000
San Francisco, CA 94111
(415) 391-0600

Christopher Henry
Kristina D. McKenna
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000

December 16, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Cameron P. Clark*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff Orca Security Ltd.*

Ryan Thomas Banks
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235

Gabriel K. Bell
Nicole Elena Bruner
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 16, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Kelly E. Farnan, Esquire<br>Christine D. Haynes, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Jordan R. Jaffe, Esquire<br>Catherine Lacey, Esquire<br>Callie Davidson, Esquire<br>Alex Miller, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Praatika Prasad, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>(212) 999-5800<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Lisa D. Zang, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1900 Avenue of the Stars, 28th Floor<br>Los Angeles, CA 90067<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

/s/ *Cameron P. Clark*
_____
Cameron P. Clark (#6647)