IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., ) <br> ) <br> Plaintiff and ) <br> Counterclaim-Defendant, ) <br> ) <br> v. ) <br> ) <br> WIZ, INC., ) <br> ) <br> Defendant and ) <br> Counterclaim-Plaintiff. ) | C.A. No. 23-758 (JLH) (SRF) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Jack B. Blumenfeld of MORRIS, NICHOLS, ARSHT & TUNNELL LLP as counsel for Plaintiff Orca Security Ltd. is hereby withdrawn. Plaintiff will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP and LATHAM & WATKINS LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff Orca Security Ltd.*

May 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 29, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Kelly E. Farnan, Esquire<br>Christine D. Haynes, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Jordan R. Jaffe, Esquire<br>Catherine Lacey, Esquire<br>Callie Davidson, Esquire<br>Alex Miller, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Praatika Prasad, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY  10019-6022<br>(212) 999-5800<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Lisa D. Zang, Esquire<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1900 Avenue of the Stars, 28th Floor<br>Los Angeles, CA  90067<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)