# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> WIZ, INC. <br><br> Defendant and Counter-Plaintiff. | C.A. No. 23-758-JLH-SRF |

### JOINT NOTICE OF *INTER PARTES* REVIEW FINAL WRITTEN DECISIONS ON U.S. PATENT NOS. 11,663,031, 11,664,032, AND 11,693,685

Pursuant to the Court's January 16, 2025 Order for Stay Pending *Inter Partes* Review (D.I. 233) ("Order"), Plaintiff and Counter-Defendant Orca Security Ltd. ("Orca") and Defendant and Counter-Plaintiff Wiz, Inc. ("Wiz") submit this joint notice.

The parties hereby notify the Court that on December 8, 2025, the Patent Trial and Appeal Board ("PTAB") issued Final Written Decisions in IPR2024-00863, IPR2024-00864, and IPR2024-00865, finding all claims of Orca's Asserted U.S. Patent Nos. 11,663,031, 11,663,032, and 11,693,685 unpatentable. For each of these *Inter Partes* Review ("IPRs"), the deadline to file a Request for Rehearing or Request for Director Review is January 7, 2026 and the deadline to file a Notice of Appeal to the Court of Appeals for the Federal Circuit is February 9, 2026. Copies of the Final Written Decisions in IPR2024-00863, IPR2024-00864, and IPR2024-00865 are attached as Exhibits A, B, and C, respectively, and have been filed under seal because they contain certain confidential information of the Parties.

For the Court's convenience, a summary of the status of the IPR proceedings that the Order references is provided below:

1

| Orca Patent | PTAB Proceeding | Status |
|---|---|---|
| 11,663,031 | IPR2024-00863 | Final Written Decision (all claims held unpatentable) issued December 8, 2025. |
| 11,664,032 | IPR2024-00864 | |
| 11,693,685 | IPR2024-00865 | |
| 11,726,809 | IPR2024-01109 | Instituted (as to all claims) January 16, 2025; Final Written Decision due no later than January 16, 2026. |
| 11,740,926 | IPR2024-01190 | Instituted (as to all claims) January 22, 2025; Final Written Decision due no later than January 22, 2026. |
| 11,775,326 | IPR2024-01191 | |

Pursuant to the Court's Order, the parties will further update the Court following the PTAB's issuance of Final Written Decisions in each such remaining IPR.

For completeness, Orca filed petitions for IPR against Wiz's Asserted Patents. Their status is summarized below:

| Wiz Patent | PTAB Proceeding | Status |
|---|---|---|
| 11,722,554 | IPR2025-01083 | Institution denied on December 15, 2025. |
| 12,001,549 | IPR2025-01086 | |
| 11,929,896 | IPR2025-01084 | Instituted (as to all claims) December 15, 2025; Final Written Decision due no later than December 15, 2026. |
| 11,936,693 | IPR2025-01085 | |
| 12,003,529 | IPR2025-01087 | |

For each of the IPRs against Wiz's Asserted Patents, the deadline to file a Request for Rehearing or Request for Director Review is January 14, 2026. The 11 IPRs identified above cover all patents asserted in this litigation.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Douglas E. Lumish<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway,<br>Redwood City, CA 94065<br>(650) 802-3190<br><br>Christopher Henry<br>Nicole E. Bruner<br>WEIL, GOTSHAL & MANGES LLP<br>100 Federal Street, 34th Floor<br>Boston, MA 02110<br>(617) 772-8300<br><br>Blake R. Davis<br>LATHAM & WATKINS LLP<br>505 Montgomery Street,<br>Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600<br><br>Kristina D. McKenna<br>LATHAM & WATKINS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 948-6000 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Cameron P. Clark*<br>Rodger D. Smith II (#3778)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>cclark@morrisnichols.com<br><br>*Attorneys for Plaintiff Orca Security Ltd.* |
| OF COUNSEL:<br><br>Jordan R. Jaffe<br>Catherine Lacey<br>Alex Miller<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>(415) 947-2000 | RICHARDS, LAYTON & FINGER, P.A.<br><br>*/s/ Christine D. Haynes*<br>Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>cottrell@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com |

Lisa D. Zang
Callie Davidson
WILSON SONSINI GOODRICH & ROSATI P.C.
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
(424) 466-6900

Praatika Prasad
WILSON SONSINI GOODRICH & ROSATI P.C.
1301 Ave. of the Americas, 40th Fl.
New York, NY 10019
(212) 453-2803

*Counsel for Defendant and Counter-Plaintiff Wiz, Inc.*

Dated:  December 15, 2025