IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., <br><br> Plaintiff and <br> Counterclaim-Defendant, <br><br> v. <br><br> WIZ, INC., <br><br> Defendant and <br> Counterclaim-Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 23-758 (JLH) (SRF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim-Defendant Orca Security Ltd. ("Orca") and Defendant and Counterclaim-Plaintiff Wiz, Inc. ("Wiz"), hereby stipulate and agree that all claims and defenses asserted by Orca against Wiz in this action and all claims and defenses asserted by Wiz against Orca in this action are hereby dismissed with prejudice. All parties shall bear their own costs and fees (including attorneys' fees).

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Cameron P. Clark* | */s/ Frederick L. Cottrell, III* |
| Rodger D. Smith II (#3778) <br> Cameron P. Clark (#6647) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> rsmith@morrisnichols.com <br> cclark@morrisnichols.com <br><br> *Attorneys for Plaintiff* <br><br> January 6, 2026 | Frederick L. Cottrell, III (#2555) <br> Kelly E. Farnan (#4395) <br> Christine D. Haynes (#4697) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> cottrell@rlf.com <br> farnan@rlf.com <br> haynes@rlf.com <br><br> *Attorneys for Defendant* |

SO ORDERED, this _____ day of _____, 2026.

_____
United States District Judge