IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORCA SECURITY LTD., | ) |
|       Plaintiff and Counterclaim-Defendant, | ) ) ) ) |
|       v. | ) ) C.A. No. 23-758-JLH-SRF |
| WIZ, INC., | ) ) |
|       Defendant and Counterclaim-Plaintiff. | ) ) ) |

**STIPULATION AND [PROPOSED] ORDER AMENDING PROTECTIVE ORDER**

WHEREAS, on March 15, 2024, the Court entered the Stipulated Protective Order (the "Protective Order") (D.I. 38);

WHEREAS, on January 13, 2026, the Court so ordered the Stipulation of Dismissal (D.I. 238);

WHEREAS, the Protective Order contains ongoing obligations following dismissal of this action;

WHEREAS, the parties have conferred and agreed that Paragraph 22 of the Protective Order requires amendment;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that Paragraph 22 of the Protective Order is amended and the following language is added to Paragraph 22 of the Protective Order:

> Notwithstanding the provisions of this Paragraph 22, outside counsel may retain one (1) archival copy of all papers filed with the Court, expert reports, discovery responses, transcripts of testimony and exhibits, correspondence, mediation briefs, and its own work product containing such DESIGNATED MATERIAL. Outside counsel and their respective employees need not purge email systems, document management systems, or archival or back-up repositories, provided, however, that

any DESIGNATED MATERIAL remains subject to the protections of this Protective Order.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Cameron P. Clark | /s/ Christine D. Haynes |
| Rodger D. Smith II (#3778) | Frederick L. Cottrell, III (#2555) |
| Cameron P. Clark (#6647) | Kelly E. Farnan (#4395) |
| 1201 North Market Street | Christine D. Haynes (#4697) |
| P.O. Box 1347 | One Rodney Square |
| Wilmington, DE  19899-1347 | 920 North King Street |
| (302) 658-9200 | Wilmington, DE  19801 |
| rsmith@morrisnichols.com | (302) 651-7700 |
| cclark@morrisnichols.com | cottrell@rlf.com |
| | farnan@rlf.com |
| *Attorneys for Plaintiff and Counterclaim-Defendant Orca Security Ltd.* | haynes@rlf.com |
| | *Attorneys for Defendant and Counterclaim-Plaintiff Wiz, Inc* |

Dated:  January 28, 2026

SO ORDERED, this ____ day of January, 2026

_____
UNITED STATES DISTRICT JUDGE